BROCK & GONZALES, LLP
6701 CENTER DRIVE WEST, STE. 610
LOS ANGELES, CA 90045
Tel: (310) 294-9595
Fax: (310) 961-3673
D. AARON BROCK, SBN. 241919
ab@brockgonzeles.com
CHRISTOPHER P. BRANDES, SBN. 282801
cb@brockgonzeles.com

Attorneys for Plaintiff, HUGO MARTINEZ

JAMES M. PETERSON, ESQ. (Bar No. 137837)
peterson@higgslaw.com
DEREK W. PARADIS, ESQ. (Bar No. 269556)
paradisd@higgslaw.com
HIGGS FLETCHER & MACK LLP
401 West "A" Street, Suite 2600
San Diego, CA 92101-7913
TEL: 619.236.1551
FAX: 619.696.1410

Attorneys for Defendant, O'REILLY AUTO ENTERPRISES, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO MARTINEZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>O'REILLY AUTOMOTIVE STORES, INC., a Missouri corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 2:17-CV-00737-JAM-GGH<br><br>**STIPULATION REGARDING NEED FOR COURT ORDER TO COMPEL PRODUCTION OF PLAINTIFF'S PHONE RECORDS BY T-MOBILE / METROPCS; ORDER**<br><br>[Filed concurrently with Declaration of Hugo Martinez] |

1

Plaintiff Hugo Martinez ("Plaintiff") and Defendant O'Reilly Auto Enterprises, LLC, erroneously sued as "O'REILLY AUTOMOTIVE STORES, INC.", ("Defendant"), agree and stipulate that the third-party T-Mobile / MetroPCS should be compelled to produce phone records related to the cell phone Plaintiff was using during the time period August 1, 2015, to September 30, 2015.

1. Plaintiff filed a Complaint in San Joaquin Superior Court of California, alleging causes of action arising out of his employment with Defendant. Defendant removed the action to Eastern District Court.

2. During Plaintiff's employment with Defendant, Plaintiff used a cell phone with the number (209) 688-3567. Plaintiff used the aforementioned cell phone during the period of August 1, 2015, to September 30, 2015, which was during his employment with Defendant.

3. Based on discovery in this matter, the parties have agreed that it is important to secure Plaintiff's phone records during the aforementioned time period.

4. In an effort to obtain Plaintiff's phone records, Plaintiff's counsel sent a letter to the Custodian of Records for T-Mobile / MetroPCS on October 26, 2017, and enclosed an authorization signed by Plaintiff to release Plaintiff's phone records to Plaintiff's counsel. **See Exhibit A.** On November 21, 2017, after Plaintiff's counsel did not receive a response from T-Mobile / MetroPCS, Plaintiff's counsel sent another letter to follow up on the same. **See Exhibit B.** On December 12, 2017, again after not receiving a response from T-Mobile / MetroPCS, Plaintiff's counsel sent a third letter requesting Plaintiff's records. **See Exhibit C.**

5. Finally, after not receiving any response from T-Mobile / MetroPCS, Plaintiff's counsel served its subpoena for records on T-Mobile / MetroPCS

on December 14, 2017. **See Exhibit D.** The subpoena requested a production date of January 5, 2018.

6. On January 4, 2018, T-Mobile / MetroPCS sent an email notifying Plaintiff's counsel that T-Mobile / MetroPCS was refusing to produce responsive records to the subpoena on grounds that the "target telephone number is associated with a CA . . . pre-paid account." **See Exhibit E.** The notification from T-Mobile / MetroPCS also stated the following: "COURT ORDER REQUIRED FOR RELEASE OF RECORDS." **See Exhibit E.**

7. Pursuant to T-Mobile / MetroPCS's refusal to produce records associated with Plaintiff's phone without a court order, the parties hereby request this Court to order T-Mobile / MetroPCS to produce Plaintiff's records.

8. Plaintiff and Defendant agree and stipulate a court order is necessary for the parties to obtain records from T-Mobile / MetroPCS for Plaintiff's records during his employment with Defendant. The parties have attached a proposed order to this Stipulation.

///

///

///

///

///

///

IT IS SO STIPULATED.

DATED: January 30, 2018     BROCK & GONZALES, LLP

By:    /s/ Sheryl L. Maccarone
      D. AARON BROCK
      CHRISTOPHER P. BRANDES
      SHERYL L. MACCARONE
      Attorneys for Plaintiff

DATED: January 23, 2018     HIGGS FLETCHER & MACK LLP

By:    /s/ Derek W. Paradis
      JAMES M. PETERSON, ESQ.
      DEREK W. PARADIS, ESQ.
      Attorneys for Defendant

STIPULATION REGARDING NEED FOR COURT ORDER TO COMPEL PRODUCTION OF
PLAINTIFF'S PHONE RECORDS BY T-MOBILE / METROPCS

# ORDER

Pursuant to Plaintiff Hugo Martinez and Defendant O'Reilly Automotive Stores, Inc.'s Stipulation and for good cause shown, IT IS ORDERED:

1. Within ten days of this Order, third party T-Mobile / MetroPCS must produce to Hugo Martinez's counsel all cellular phone and text message use records for phone number (209) 688-3567 for the period from August 1, 2015, to September 30, 2015.

2. Within two days after receipt of the records from T-Mobile / MetroPCS, Plaintiff's counsel will produce all records he received from T-Mobile / MetroPCS to Defendant's counsel. Prior to the production of records to Defense counsel, Plaintiff's counsel may redact records from outside the period August 1, 2015, to September 30, 2015, or records that are unrelated to Plaintiff's employment with Defendant. If Plaintiff's counsel makes such redactions, Plaintiff's records shall produce the redacted records in a form showing the date and time of the redacted records. Plaintiff's counsel shall make no other redactions to the records produced by T-Mobile / MetroPCS.

3. Plaintiff shall serve a copy of this order to T-Mobile / MetroPCS within 24 hours of entry of this Order.

4. *[handwritten]* If T-Mobile/MetroPCS objects to this Order it must file its motion to quash no later than Feb. 6, 2018.

IT IS SO ORDERED.

Dated: 1-31-2018

*[signature]*
United States District Court Judge

---
5
[PROPOSED] ORDER