1  JAMES M. PETERSON, ESQ. (Bar No. 137837)
   peterson@higgslaw.com
2  DEREK W. PARADIS, ESQ. (Bar No. 269556)
   paradisd@higgslaw.com
3  HIGGS FLETCHER & MACK LLP
   401 West "A" Street, Suite 2600
4  San Diego, CA  92101-7913
   TEL:  619.236.1551
5  FAX:  619.696.1410

6  Attorneys for Defendant
   O'REILLY AUTO ENTERPRISES, LLC
7

8  ROBERT P. BIEGLER, ESQ. (Bar No. 88506)
   help@brockgonzales.com
9  D. AARON BROCK, ESQ. (Bar No. 241919)
   ab@brockgonzales.com
10 CHRISTOPHER P. BRANDES, ESQ. (Bar No. 282801)
   cb@brockgonzales.com
11 BROCK & GONZALES, LLP
   9000 Sunset Blvd, Suite 1260
12 Los Angeles, CA  90069-5812
   TEL:  310.294.9595
13 FAX:  310.961.3673

14 Attorneys for Plaintiff
   HUGO MARTINEZ
15

16             **UNITED STATES DISTRICT COURT**

17             **EASTERN DISTRICT OF CALIFORNIA**

18

19 HUGO MARTINEZ, an individual,          CASE NO. 2:17-CV-00737-JAM-GGH

20           Plaintiff,                   **STIPULATION AND ORDER TO BE
                                          RELIEVED OF THE OBLIGATION
21 v.                                     TO ATTEND THE COURT
                                          SETTLEMENT CONFERENCE
22 O'REILLY AUTO ENTERPRISES,             SCHEDULED FOR MAY 30, 2018
   LLC, a Delaware limited liability      BEFORE MAGISTRATE JUDGE
23 company; and DOES 1-50, inclusive,     DEBORAH BARNES**

24           Defendants.                  JUDGE:        Hon. John A. Mendez
25
                                          CASE FILED:   February 27, 2017
26                                        REMOVED:      April 6, 2017

27

28
                                          Case No. 2:17-cv-00737-JAM-GGH

1    Defendant O'REILLY AUTO ENTERPRISES, LLC ("Defendant"), and

2 Plaintiff HUGO MARTINEZ ("Plaintiff") (collectively with Defendant "the

3 Parties") respectfully stipulate as follows:

4    On April 27, 2018, the Parties filed a Joint Pretrial Conference Order. In the

5 Joint Pretrial Conference Order, the Parties indicated that they believed a Court

6 Settlement Conference under L.R. 270 would be helpful.

7    On May 4, 2018, this Court set a Court Settlement Conference before

8 Magistrate Judge Deborah Barnes on May 30, 2018 at 10:00 a.m.

9    Since May 4, 2018, the Parties have engaged in further informal settlement

10 discussions and have determined that a Court Settlement Conference would **not** be

11 helpful. The Parties are simply too far apart in terms of settlement and the Parties

12 do not want to waste this Court's valuable time and resources.

13    Thus, the Parties respectfully ask to be relieved of this Court's May 4, 2018

14 Order setting a Court Settlement Conference before Magistrate Judge Deborah

15 Barnes on May 30, 2018.

16    IT IS HEREBY STIPULATED.

17

18 DATED: May 14, 2018          HIGGS FLETCHER & MACK LLP

19                              By: /s/ *James M. Peterson, Esq.*
20                              JAMES M. PETERSON, ESQ.
                                DEREK W. PARADIS, ESQ.
21                              Attorneys for Defendant
                                O'REILLY AUTO ENTERPRISES,
22                              LLC

23 DATED: May 14, 2018          BROCK & GONZALES, LLP

24                              By: /s/ *D. Aaron Brock, Esq.*
25                              ROBERT P. BIEGLER, ESQ.
                                D. AARON BROCK, ESQ.
26                              Attorneys for Plaintiff
                                HUGO MARTINEZ

27

28                                   2          Case No. 2:17-cv-00737-JAM-GGH

## **ORDER**

IT IS HEREBY ORDERED that the Parties in the above caption case are relieved of this Court's May 4, 2018 Order setting a Court Settlement Conference before Magistrate Judge Deborah Barnes on May 30, 2018. The May 30, 2018 Court Settlement Conference before Magistrate Judge Deborah Barnes will be taken off calendar.

DATED: 5/16/2018                     /s/ John A. Mendez_____
                                                    Hon. John A. Mendez
                                                    USDC, Eastern District of California

3                         Case No. 2:17-cv-00737-JAM-GGH