JAMES M. PETERSON, ESQ. (Bar No. 137837)
peterson@higgslaw.com
DEREK W. PARADIS, ESQ. (Bar No. 269556)
paradisd@higgslaw.com
HIGGS FLETCHER & MACK LLP
401 West "A" Street, Suite 2600
San Diego, CA 92101-7913
TEL: 619.236.1551
FAX: 619.696.1410

Attorneys for Defendant
O'REILLY AUTO ENTERPRISES, LLC

ROBERT P. BIEGLER, ESQ. (Bar No. 88506)
help@brockgonzales.com
D. AARON BROCK, ESQ. (Bar No. 241919)
ab@brockgonzales.com
CHRISTOPHER P. BRANDES, ESQ. (Bar No. 282801)
cb@brockgonzales.com
BROCK & GONZALES, LLP
9000 Sunset Blvd, Suite 1260
Los Angeles, CA 90069-5812
TEL: 310.294.9595
FAX: 310.961.3673

Attorneys for Plaintiff
HUGO MARTINEZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO MARTINEZ, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>O'REILLY AUTO ENTERPRISES, LLC, a Delaware limited liability company; and DOES 1-50, inclusive,<br><br>　　　　Defendants. | CASE NO. 2:17-CV-00737-JAM-GGH<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE AUGUST 27, 2018 TRIAL DATE TO JANUARY 7, 2019**<br><br>JUDGE:　　　Hon. John A. Mendez<br><br>CASE FILED:　February 27, 2017<br>REMOVED:　　April 6, 2017 |

/ / /

/ / /

| | |
|---|---|
| 1 | Defendant O'REILLY AUTO ENTERPRISES, LLC and Plaintiff HUGO |
| 2 | MARTINEZ (collectively with Defendant "the Parties") respectfully stipulate as |
| 3 | follows: |
| 4 | IT IS HEREBY STIPULATED AND AGREED UPON, by and between the |
| 5 | attorneys of record for the Parties, that the presently scheduled Jury Trial set for |
| 6 | August 27, 2018 be vacated and continued to January 7, 2019. |
| 7 | IT IS HEREBY STIPULATED. |

DATED: June 21, 2018            HIGGS FLETCHER & MACK LLP

By: /s/ *James M. Peterson*
JAMES M. PETERSON
DEREK W. PARADIS
Attorneys for Defendant
O'REILLY AUTO ENTERPRISES, LLC

DATED: June 21, 2018            BROCK & GONZALES, LLP

By: /s/ *D. Aaron Brock*
ROBERT P. BIEGLER
D. AARON BROCK
CHRISTOPHER P. BRANDES
Attorneys for Plaintiff
HUGO MARTINEZ

## **ORDER**

IT IS HEREBY ORDERED that the presently scheduled Jury Trial set for August 27, 2018 shall be vacated and continued to January 7, 2019 at 9:00 a.m.

DATED:  6/21/2018            /s/ John A. Mendez
Hon. John A. Mendez
USDC, Eastern District of California

8552429.1