JAMES M. PETERSON, ESQ. (Bar No. 137837)
peterson@higgslaw.com
DEREK W. PARADIS, ESQ. (Bar No. 269556)
paradisd@higgslaw.com
HIGGS FLETCHER & MACK LLP
401 West "A" Street, Suite 2600
San Diego, CA 92101-7913
TEL: 619.236.1551
FAX: 619.696.1410

Attorneys for Defendant
O'REILLY AUTO ENTERPRISES, LLC


ROBERT P. BIEGLER, ESQ. (Bar No. 88506)
help@brockgonzales.com
D. AARON BROCK, ESQ. (Bar No. 241919)
ab@brockgonzales.com
CHRISTOPHER P. BRANDES, ESQ. (Bar No. 282801)
cb@brockgonzales.com
BROCK & GONZALES, LLP
9000 Sunset Blvd, Suite 1260
Los Angeles, CA 90069-5812
TEL: 310.294.9595
FAX: 310.961.3673

Attorneys for Plaintiff
HUGO MARTINEZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO MARTINEZ, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>O'REILLY AUTO ENTERPRISES, LLC, a Delaware limited liability company; and DOES 1-50, inclusive,<br><br>    Defendants. | CASE NO. 2:17-CV-00737-JAM-GGH<br><br>**STIPULATION AND ORDER TO CONTINUE THE JANUARY 7, 2019 TRIAL DATE TO MARCH 11, 2019**<br><br>JUDGE:    Hon. John A. Mendez<br><br>CASE FILED:    February 27, 2017<br>REMOVED:    April 6, 2017 |

/ / /

/ / /

Defendant O'REILLY AUTO ENTERPRISES, LLC ("O'Reilly") and Plaintiff HUGO MARTINEZ (collectively with Defendant "the Parties") respectfully stipulate as follows:

IT IS HEREBY STIPULATED AND AGREED UPON, by and between the attorneys of record for the Parties, that the presently scheduled Jury Trial set for January 7, 2019 be vacated and continued to March 11, 2019.

Good cause exists for this continuance because O'Reilly is holding an all managers conference during the week of January 7, 2019. Thus, none of the critical witnesses in this case will be available to testify. Further, good cause exists because O'Reilly's counsel is expecting his child to be born on January 10, 2019.

IT IS HEREBY STIPULATED.

DATED: November 15, 2018          HIGGS FLETCHER & MACK LLP

                                  By: */s/ James M. Peterson*
                                      JAMES M. PETERSON
                                      DEREK W. PARADIS
                                      Attorneys for Defendant
                                      O'REILLY AUTO ENTERPRISES, LLC

DATED: November 15, 2018          BROCK & GONZALES, LLP

                                  By: */s/ D. Aaron Brock*
                                      ROBERT P. BIEGLER
                                      D. AARON BROCK
                                      CHRISTOPHER P. BRANDES
                                      Attorneys for Plaintiff
                                      HUGO MARTINEZ

## **ORDER**

IT IS HEREBY ORDERED that the presently scheduled Jury Trial set for January 7, 2019 shall be vacated and continued to March 11, 2019 at 9:00 a.m.

DATED: 11/15/2018                 /s/ John A. Mendez
                                  Hon. John A. Mendez
                                  USDC, Eastern District of California