**BROCK & GONZALES, LLP**
6701 CENTER DR. WEST, STE. 610
LOS ANGELES, CA 90045
Tel: (310) 294-9595
Fax: (310) 961-3673
D. AARON BROCK (SBN 241919)
ab@brockgonzales.com
CHRISTOPHER P. BRANDES (SBN 282801)
cb@brockgonzales.com

**Attorneys for Plaintiff**
HUGO MARTINEZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO MARTINEZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>O'REILLY AUTOMOTIVE STORES, INC., a Missouri corporation; and DOES 1-50, inclusive,<br><br>Defendants. | **Case No.: 2:17-CV-00737-JAM-DB**<br>*Assigned to: Hon. John A. Mendez*<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER** |

1

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER**

The parties to this action, acting through counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including any and all claims and counterclaims stated herein against all parties, with each party to bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED: April 2, 2019    BROCK & GONZALES, LLP


By:   /s/ D. Aaron Brock
   D. AARON BROCK
   CHRISTOPHER P. BRANDES
   Attorneys for Plaintiff


DATED: April 2, 2019    HIGGS FLETCHER & MACK, LLP


By:   /s/ Derek W. Paradis
   JAMES M. PETERSON
   DEREK W. PARADIS
   Attorneys for Defendant

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER**

## ORDER

The joint stipulation is approved. The entire action, including any and all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: 4/10/2019  /s/ John A. Mendez_____
Hon. John A Mendez
United States District Judge

3
**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER**